Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____  Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | Fuji Japanese Steakhouse Asian Bistro Inc. |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | Ichiban |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 7 – 1 4 6 3 4 4 5 |

4. Debtor's address

**Principal place of business**

2501 S. Jack Kultgen Expressway
Number        Street

Waco, TX 76711
City                    State    ZIP Code

Mclennan
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | WWW.ICHIBANWACO.COM |

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.       Case number *(if known)* _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
       MM / DD / YYYY
      District _____ When _____ Case number _____
       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
          MM / DD / YYYY
       Case number, if known _____

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.                                    Case number (if known) _____
          Name

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ▪ I have been authorized to file this petition on behalf of the debtor. |
| | ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2023
            MM/ DD/ YYYY

X /s/ Shuang Lin _____                    Shuang Lin _____
Signature of authorized representative of debtor          Printed name

Title _____ President _____

| 18. Signature of attorney | X _____ /s/ Robert C Lane _____ | Date  08/31/2023 |
|---|---|---|
| | Signature of attorney for debtor | MM/ DD/ YYYY |

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number        Street

Houston _____                    TX ____    77036-3369 _____
City                                   State   ZIP Code

(713) 595-8200 _____              notifications@lanelaw.com _____
Contact phone                          Email address

24046263 _____                   TX _____
Bar number                             State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
   .

2. The following financial data is the latest available information and refers to the debtor's condition on                      .

   | | |
   |---|---|
   | a. Total assets | $4,861,717.00 |
   | b. Total debts (including debts listed in 2.c., below) | $7,110,297.63 |
   | c. Debt securities held by more than 500 holders | |

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐

   secured ☐  unsecured ☐  subordinated ☐

   secured ☐  unsecured ☐  subordinated ☐

   secured ☐  unsecured ☐  subordinated ☐

   secured ☐  unsecured ☐  subordinated ☐

   d. Number of shares of preferred stock

   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fuji Japanese Steakhouse Asian Bistro Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2023
            MM/ DD/ YYYY

**X** /s/ Shuang Lin
Signature of individual signing on behalf of debtor

Shuang Lin
Printed name

President
Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Fuji Japanese Steakhouse Asian Bistro Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329 | | Business Line of Credit - UCC | | | | $48,753.48 |
| 2 | American Express<br>Po Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | | | $4,107.67 |
| 3 | Capital One<br>PO Box 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $4,322.75 |
| 4 | PNC Bank<br>P.O Box 10<br>Oshtemo, MI 49009 | | UCC Lien | | | | $2,086,320.33 |
| 5 | US Small Business Administration<br>10737 Gateway West 300<br>El Paso, TX 79935 | | UCC Lien | | | | $1,985,100.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   Fuji Japanese Steakhouse Asian Bistro Inc.                                          Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____Fuji Japanese Steakhouse Asian Bistro Inc._____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand** | | | | $2,215.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **TFNB** | **Checking account** | **4405** | **$92,012.00** |
| 3.2 **Bank of America** | **Checking account** | **4706** | **$2,800.00** |

4.  **Other cash equivalents** *(Identify all)*
    **None**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $97,027.00 |
    |---|

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

Debtor    __Fuji Japanese Steakhouse Asian Bistro Inc.__                    Case number *(if known)* _____
                Name

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

**9.** **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    $0.00
                                                                                                                          _____

---

**Part 3:**  Accounts receivable

---

**10.** **Does the debtor have any accounts receivable?**
   ☑ No. Go to Part 4.
   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11.** **Accounts Receivable**

   11a. 90 days old or less:    _____  -  _____   = ...... →    _____
                               face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:       _____  -  _____   = ...... →    _____
                               face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    $0.00
                                                                                                   _____

---

**Part 4:**  Investments

---

**13.** **Does the debtor own any investments?**
   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
   Name of fund or stock:

   **None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
   Name of fund or stock:                    % of ownership:

   **None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

| Debtor | **Fuji Japanese Steakhouse Asian Bistro Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.    **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | | | | |
| 20. **Work in progress** | | | | |
| None | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1  **Yakisoba (2 cases)** | **08/13/2023** <br> MM / DD / YYYY | **(Unknown)** | | **$67.00** |
| 22. **Other inventory or supplies** | | | | |
| 22.1  **Rice (8 bags)** | **08/13/2023** <br> MM / DD / YYYY | **(Unknown)** | | **$329.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$18,390.00** |

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.    **$18,786.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☑ Yes

| Debtor | **Fuji Japanese Steakhouse Asian Bistro Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes

| | | | |
|---|---|---|---|
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$329.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$120.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$1,600.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$600.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$890.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$1,300.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$1,200.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$850.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$480.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$2,200.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$320.00** |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

None

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

30. **Farm machinery and equipment** (Other than titled motor vehicles)

None

31. **Farm and fishing supplies, chemicals, and feed**

None

32. **Other farming and fishing-related property not already listed in Part 6**

None

| Debtor | __Fuji Japanese Steakhouse Asian Bistro Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 __Chairs (150)__ | (Unknown) | Fair Market Value | $1,500.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $9,640.00 |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 __Fryers (2)__ | (Unknown) | | $600.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $62,050.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| Debtor | __Fuji Japanese Steakhouse Asian Bistro Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**None**

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                    $73,790.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑No

    ☐Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑No

    ☐Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑No. Go to Part 9.

    ☐Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    **None**

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑No

    ☐Yes

| Debtor | **Fuji Japanese Steakhouse Asian Bistro Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real Property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| 55.1 **2501 S. Jack Kultgen Expressway**<br>**Waco, TX 76711** | Fee Simple | $4,672,113.00 | 2023 Mclennan CAD Assessment | $4,672,113.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.  $4,672,113.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**None**

**61.** **Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 **WWW.ICHIBANWACO.COM** | (Unknown) | | $1.00 |

**62.** **Licenses, franchises, and royalties**

Debtor    __Fuji Japanese Steakhouse Asian Bistro Inc.__                    Case number *(if known)* _____
                    Name

     **None**

63.  **Customer lists, mailing lists, or other compilations**

     **None**

64.  **Other intangibles, or intellectual property**

     **None**

65.  **Goodwill**

     **None**

66.  **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.                                                       $1.00

67.  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

**Part 11:**  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     ☑ No. Go to Part 12.
     ☐ Yes. Fill in the information below.

                                                        **Current value of debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     **None**

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     **None**

73.  **Interests in insurance policies or annuities**

     **None**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor      __Fuji Japanese Steakhouse Asian Bistro Inc.__                          Case number *(if known)* _____
                Name

---

**None**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

     **None**

76.  **Trusts, equitable or future interests in property**

     **None**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **None**

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.                                            $0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

Debtor  **Fuji Japanese Steakhouse Asian Bistro Inc.**          Case number *(if known)*
        Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $97,027.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $18,786.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $73,790.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $4,672,113.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $189,604.00 | + 91b. $4,672,113.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................. | | $4,861,717.00 |

Debtor    **Fuji Japanese Steakhouse Asian Bistro Inc.**
          Name                                                        Case number *(if known)* _____

<div style="background:black;"> </div> **Additional Page**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** **Other inventory or supplies - *Continued*** | | | | |
| 22.2 **1800 Tequila Silver (4 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$122.00** |
| 22.3 **Absolut Citron (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$30.00** |
| 22.4 **Sesame Seed (1 bag)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$149.00** |
| 22.5 **Absolut Vanilla (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$25.00** |
| 22.6 **Eggs ( 4 cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$120.00** |
| 22.7 **Absolut Vodka (7 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$166.00** |
| 22.8 **Bacardi Rum (6 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$90.00** |
| 22.9 **Balcones Baby Blue (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$71.00** |
| 22.10 **Balcones Texas Whiskey (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$97.00** |
| 22.11 **Beefeater London Gin (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$54.00** |
| 22.12 **Casamigos Blanco (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$43.00** |
| 22.13 **Dewars White Label (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$27.00** |
| 22.14 **Grey Goose Vodka (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$107.00** |
| 22.15 **Hendricks Gin (3 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$113.00** |
| 22.16 **Hennessy VS Cognac (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$41.00** |
| 22.17 **Jameson Whiskey (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$37.00** |
| 22.18 **Jim Beam Whiskey (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$39.00** |
| 22.19 **Ketel One Vodka (3 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$86.00** |
| 22.20 **Makers Mark Whiskey (4 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$132.00** |
| 22.21 **Malibu Original (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$40.00** |
| 22.22 **Jose Cuervo Especial Gold (6 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$229.00** |

Debtor    __Fuji Japanese Steakhouse Asian Bistro Inc.__                                    Case number *(if known)* _____
          Name

███  **Additional Page**

| | | | | |
|---|---|---|---|---|
| 22.23<br>__Johnnie Walker Black Label (1 Bottle)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$44.00__ |
| 22.24<br>__Rodney Strong Chardonnay (2 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$288.00__ |
| 22.25<br>__Felluga m Pinot Grigio (1 Case)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$158.00__ |
| 22.26<br>__Ecco Domani Pinot Grigio (3 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$261.00__ |
| 22.27<br>**J Lohr Cab Sauv Seven Oaks Rest (3 Cases)** | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$360.00__ |
| 22.28<br>__Prisoner Red Blend (1 Case)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$336.00__ |
| 22.29<br>__Bogle Merlo (2 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$168.00__ |
| 22.30<br>__Mirassou Pinot Noir (2 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$246.00__ |
| 22.31<br>**Oyster Bay Sauvignon Blanc (2 Cases)** | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$204.00__ |
| 22.32<br>**Kim Crawford Sauvignon Blanc (2 Cases)** | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$264.00__ |
| 22.33<br>__Canyon Road Moscato (3 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$144.00__ |
| 22.34<br>__Prophecy Rose (1 Case)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$96.00__ |
| 22.35<br>__Takara Plum Wine (1 Case)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$93.00__ |
| 22.36<br>__Beef (5 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | | __$1,600.00__ |
| 22.37<br>__Koshu Sake Masamune (8 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$410.00__ |
| 22.38<br>__Hana Sake Fuji Apple (2 Cases)__ | __08/13/2023__<br>MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | __$138.00__ |

Debtor  **Fuji Japanese Steakhouse Asian Bistro Inc.**
Name

Case number *(if known)* _____

⬛ **Additional Page**

| | | | | |
|---|---|---|---|---|
| 22.39 **Sho Chiku Bai Sake (2 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$102.00** |
| 22.40 **Chicken (4 cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$600.00** |
| 22.41 **Shrimp ( 3 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$890.00** |
| 22.42 **Sho Chiku Bai Ginjo (2 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$150.00** |
| 22.43 **Sho Chiku Bai Rei Junm (1 Case)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$105.00** |
| 22.44 **Scallops (2 cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$1,300.00** |
| 22.45 **Wakatake Sake Onikoroshi (2 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$360.00** |
| 22.46 **Vegetables (20 cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$1,200.00** |
| 22.47 **Hana Sake Pineapple (3 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$207.00** |
| 22.48 **LOBSTER ( 1 case)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$850.00** |
| 22.49 **Hana Sake Lychee (1 Case)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$69.00** |
| 22.50 **Hana Sake White Peach (3 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$207.00** |
| 22.51 **Dom Perignon (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$260.00** |
| 22.52 **Salmon (2 cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$480.00** |
| 22.53 **Coors Light (3 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$89.00** |
| 22.54 **Other Misc Fish (5 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$2,200.00** |
| 22.55 **Dos Equis (3 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$101.00** |

| Debtor | **Fuji Japanese Steakhouse Asian Bistro Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Additional Page

| 22.56 **Miller Lite (3 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$89.00** |
|---|---|---|---|---|
| 22.57 **Soy Sauce (6 Buckets)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$240.00** |
| 22.58 **Oil (8 Cases)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$320.00** |
| 22.59 **Yuengling (1 Case)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$30.00** |
| 22.60 **Sugar (2 bags)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$160.00** |
| 22.61 **Crown Royal Peach (1 Case)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$158.00** |
| 22.62 **Jagermeister (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$26.00** |
| 22.63 **Chambord (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$57.00** |
| 22.64 **Rumple Minze (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$57.00** |
| 22.65 **Flour (4 Bags)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$320.00** |
| 22.66 **100 Anos Blanco Tequila (10 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$155.00** |
| 22.67 **Salt (2 bags)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | | **$120.00** |
| 22.68 **1800 Tequila Reposado (3 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$99.00** |
| 22.69 **The Macallan 12 (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$188.00** |
| 22.70 **The Glenlivet 12 Year (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$60.00** |
| 22.71 **Tanqueray London Gin (3 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$89.00** |
| 22.72 **Patron Silver (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$43.00** |

Debtor  **Fuji Japanese Steakhouse Asian Bistro Inc.**                    Case number *(if known)* _____
        Name

| | **Additional Page** |
|---|---|

| | | | |
|---|---|---|---|
| 22.73 **Ron Corina Silver (2 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$11.00** |
| 22.74 **Rumchata (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$27.00** |
| 22.75 **Seagrams 7 Crown (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$17.00** |
| 22.76 **Myers Rum (4 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$94.00** |
| 22.77 **Mars Shinshu Whiskey (1 Bottle)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$31.00** |
| 22.78 **Torado Triple Sec (6 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$21.00** |
| 22.79 **Titos Vodka (8 Bottles)** | **08/13/2023** MM / DD / YYYY | **(Unknown)** | **Fair Market Value** | **$180.00** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture - *Continued* | | | |
| 39.2 **Tables (18)** | **(Unknown)** | **Fair Market Value** | **$3,600.00** |
| 39.3 **Hibachi Plates (350)** | **(Unknown)** | | **$1,750.00** |
| 39.4 **Sushi Plates (100)** | **(Unknown)** | | **$650.00** |
| 39.5 **Kitchen Plates (80)** | **(Unknown)** | | **$400.00** |
| 39.6 **Forks (400)** | **(Unknown)** | | **$100.00** |
| 39.7 **Spoons (400)** | **(Unknown)** | | **$100.00** |
| 39.8 **Barstools (30)** | **(Unknown)** | | **$600.00** |
| 39.9 **Booths (seating) (20)** | **(Unknown)** | | **$1,250.00** |
| 39.10 **Glasses (250)** | **(Unknown)** | | **$125.00** |
| 39.11 **Soup Bowls (50)** | **(Unknown)** | | **$300.00** |
| 39.12 **Pitchers (12)** | **(Unknown)** | | **$20.00** |

Debtor   __Fuji Japanese Steakhouse Asian Bistro Inc._____   Case number *(if known)* _____
             Name

<div style="background:black">⬛</div> **Additional Page**

| | | | |
|---|---|---|---|
| 39.13 **Beer Mug (30)** | (Unknown) | | $90.00 |
| 39.14 **Margarita Glasses (30)** | (Unknown) | | $105.00 |
| 39.15 **Martini (30)** | (Unknown) | | $120.00 |
| 39.16 **Shot Glasses (30)** | (Unknown) | | $30.00 |
| 39.17 **Wine Glasses (50)** | (Unknown) | | $100.00 |
| 39.18 **Other Bar and Glassware (50)** | (Unknown) | | $300.00 |

**41. Office equipment - *Continued***

| | | | |
|---|---|---|---|
| 41.2 **Broiler** | (Unknown) | | $500.00 |
| 41.3 **Stove** | (Unknown) | fair market value | $1,000.00 |
| 41.4 **Prep Tables (4)** | (Unknown) | | $200.00 |
| 41.5 **Sandwich Units (2)** | (Unknown) | | $2,000.00 |
| 41.6 **Cooktop** | (Unknown) | | $500.00 |
| 41.7 **Server Station** | (Unknown) | | $1,000.00 |
| 41.8 **3XCompartment Sinks (3)** | (Unknown) | | $200.00 |
| 41.9 **Walkin Coolers (2)** | (Unknown) | | $5,000.00 |
| 41.10 **Teppanyaki Grills (19)** | (Unknown) | | $19,000.00 |
| 41.11 **Fryers (2)** | (Unknown) | fair market value | $600.00 |
| 41.12 **Broiler** | (Unknown) | fair market value | $500.00 |
| 41.13 **Stove** | (Unknown) | | $1,000.00 |
| 41.14 **Prep Tables (4)** | (Unknown) | fair market value | $200.00 |
| 41.15 **Sandwich Units (2)** | (Unknown) | | $2,000.00 |
| 41.16 **Cooktop** | (Unknown) | | $500.00 |
| 41.17 **Server Station** | (Unknown) | | $1,000.00 |

Debtor  __Fuji Japanese Steakhouse Asian Bistro Inc._____     Case number *(if known)* _____
        Name

| | **Additional Page** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 41.18 __Compartment Sinks (3)__ | __(Unknown)__ | | __$200.00__ |
| 41.19 __Walk-in Coolers (2)__ | __(Unknown)__ | | __$5,000.00__ |
| 41.20 __Teppanyaki Grills (19)__ | __(Unknown)__ | | __$19,000.00__ |
| 41.21 __Printer__ | __$50.00__ | __Fair Market Value__ | __$50.00__ |
| 41.22 __Six computers__ | __$2,500.00__ | __Fair Market Value__ | __$2,500.00__ |
| 41.23 __Two monitors__ | __$100.00__ | __Fair Market Value__ | __$100.00__ |

Fill in this information to identify the case:

Debtor name __Fuji Japanese Steakhouse Asian Bistro Inc.__

United States Bankruptcy Court for the: __Western__ District of __Texas__
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**
Capital Certified Dev. Corp

**Creditor's mailing address**
4330 Gaines Ranch Loop Ste 220
Austin, TX 78735

**Creditor's email address, if known**
_____

**Date debt was incurred** __11/30/2021__

**Last 4 digits of account number** __7  0  0  8__

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   **1) Capital Certified Dev. Corp** ; 2) Newtek Small Business Finance LLC; 3) IOU Financial

**Remarks:** SBA Loan, UCC Pos. 4

**Describe debtor's property that is subject to a lien**
2501 S. Jack Kultgen Expressway Waco, TX 76711

**Describe the lien**
UCC Lien, Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $1,898,000.00   Value of collateral: $4,672,113.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $7,035,113.73

Debtor   Fuji Japanese Steakhouse Asian Bistro Inc.                              Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Funding Metrics LLC

**Creditor's mailing address**

3220 Tillman Drive Suite 200

Bensalem, PA 19020

**Creditor's email address, if known**

_____

**Date debt was incurred**        06/09/2023

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

unknown    unknown

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.3** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | unknown | $4,672,113.00 |
|---|---|---|---|---|

**2.3 Creditor's name**

IOU Financial

**Creditor's mailing address**

600 TownPark Lane Suite 100

Kennesaw, GA 30144

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Remarks:** Business Loan

**Describe debtor's property that is subject to a lien**

2501 S. Jack Kultgen Expressway Waco, TX 76711

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   Fuji Japanese Steakhouse Asian Bistro Inc.                         Case number (if known) _____
           Name

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Newtek Small Business Finance LLC

**Creditor's mailing address**

1981 Marcus Avenue Suite 130

Lake Success, NY 11042

**Creditor's email address, if known**

_____

**Date debt was incurred**          02/24/2023

**Last 4 digits of account number**     1   5   3   6

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Remarks:** Pos 5

**Describe debtor's property that is subject to a lien**

2501 S. Jack Kultgen Expressway Waco, TX 76711            $1,065,693.40            $4,672,113.00

**Describe the lien**

Deed of Trust, UCC Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.5  Creditor's name

PNC Bank

**Describe debtor's property that is subject to a lien**

| | |
|---|---|
| $2,086,320.33 | unknown |

**Creditor's mailing address**

P.O Box 10

Oshtemo, MI 49009

**Describe the lien**

UCC Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     09/18/2019

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     9  9  9  8

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Pos 1

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.                 Case number (if known) _____
       Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

RDM Capital Funding, LLC DBA FinTap

**Creditor's mailing address**

777 Passaic Avenue Suite 375

Clifton, NJ 07012

**Creditor's email address, if known**

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____
       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Column A: unknown      Column B: unknown

Debtor   Fuji Japanese Steakhouse Asian Bistro Inc.                              Case number (if known) _____

     Name

---

**Part 1:**   Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.7** **Creditor's name**

US Small Business Administration

**Describe debtor's property that is subject to a lien**                    $1,985,100.00            unknown

_____

**Creditor's mailing address**

10737 Gateway West 300

_____

El Paso, TX 79935

**Describe the lien**

UCC Lien

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was** _____
**incurred**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of**    7  4  0  9
**account**
**number**

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** EIDL, Pos 3

---

Debtor  Fuji Japanese Steakhouse Asian Bistro Inc.                    Case number (if known) _____
        Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8 Creditor's name**

Westwood Funding Solutions

**Creditor's mailing address**

4601 Sheridan Street Suite 501

Hollywood, FL 33021

**Creditor's email address, if known**

_____

**Date debt was incurred**        06/06/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Column A: unknown

Column B: unknown

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.        Case number (if known) _____

         Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

Westwood Funding Solutions

**Creditor's mailing address**

4601 Sheridan Street Suite 501

Hollywood, FL 33021

**Creditor's email address, if known**

_____

**Date debt was incurred**    07/06/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**        unknown        unknown

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Pricewaterhouse Coopers Public Sector LLP<br>c/o Wells Fargo Bank, NA<br>Corporate Trust Services - SBA 504 Program Team<br>9062 Old Annapolis Rd<br>Columbia, MD 21045 | Line 2. 1 | __ __ __ __ |
| Small Business Admin<br>US SBA Dallas/Ft Worth Office<br>4300 Amon Carter Blvd 114<br>Fort Worth, TX 76155 | Line 2. 1 | __ __ __ __ |
| Jason Gang<br>1245 Hewlett Plaza 478<br>Hewlett, NY 11557 | Line 2. 6 | __ __ __ __ |
| Advance Recovery Group<br>30 Two Bridges Road Suite 100<br>Fairfield, NJ 07004 | Line 2. 6 | __ __ __ __ |
| AWN&R Commercial Law Group, PLLC<br>Attn: Jeffrey Parrella, Esq.<br>14 Wall Street 20th Floor<br>New York, NY 10005 | Line 2. 8 | __ __ __ __ |
| Advance Recovery Group<br>30 Two Bridges Road Suite 100<br>Fairfield, NJ 07004 | Line 2. 9 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor   <u>Fuji Japanese Steakhouse Asian Bistro Inc.</u>                                        Case number (if known) _____
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ Fuji Japanese Steakhouse Asian Bistro Inc. _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account
number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ___

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account
number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ___

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

American Express

Bankruptcy Unit

P.O Box 297817

Fort Lauderdale, FL 33329

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   1   8

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Business Line of Credit - UCC

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$48,753.48**

**3.2**

Nonpriority creditor's name and mailing address

American Express

Po Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred _____

Last 4 digits of account number   2   0   0   2

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,107.67**

**3.3**

Nonpriority creditor's name and mailing address

American Express Business

ATTN: Legal Department

P.O. Box 981535

El Paso, TX 79998

Date or dates debt was incurred _____

Last 4 digits of account number   1   9   9   3

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Business Line of Credit

Is the claim subject to offset?
- [x] No
- [ ] Yes

**unknown**

**3.4**

Nonpriority creditor's name and mailing address

Capital One

PO Box 60519

City of Industry, CA 91716

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   2   7

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,322.75**

Debtor  **Fuji Japanese Steakhouse Asian Bistro Inc.**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Celtic Bank Corp**

**268 South State Street Suite 300**

**Salt Lake City, UT 84111**

Date or dates debt was incurred  __04/05/2022__

Last 4 digits of account number  __7__  __1__  __9__  __5__

As of the petition filing date, the claim is:  __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Line of Credit__

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

**Lu, Hong Guan**

**101 Saintsbury Circle**

**Woodway, TX 76712**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  __$5,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset?
☑ No
☐ Yes

**3.7** Nonpriority creditor's name and mailing address

**Wu, Mei Ying**

**101 Saintsbury Circle**

**Woodway, TX 76712**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  __$13,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Fuji Japanese Steakhouse Asian Bistro Inc.**                                      Case number *(if known)* _____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **American Express Business** <br> **ATTN: Legal Department** <br> **P.O. Box 981535** <br> **El Paso, TX 79998** | Line __3.1__ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **BlueVine Capital Inc.** <br> **401 Warren St 300** <br> **Redwood City, CA 94063** | Line __3.5__ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    __Fuji Japanese Steakhouse Asian Bistro Inc._____          Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | __$0.00__ |
| 5b. | **Total claims from Part 2** | 5b.  **+** | __$75,183.90__ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$75,183.90__ |

| Fill in this information to identify the case: |
|---|
| Debtor name      Fuji Japanese Steakhouse Asian Bistro Inc. |
| United States Bankruptcy Court for the: <br>      Western District of Texas |
| Case number (if known): _____ Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Dishwashing Machine <br><br> Contract to be ASSUMED | Autochlor <br><br> 6424 Depot Drive <br><br> Woodway, TX 76712 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Dumpster Service <br><br> Contract to be ASSUMED | WM <br><br> 800 Capitol <br><br> Houston, TX 77002 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Linen Services <br><br> Contract to be ASSUMED | Alsco Inc. <br><br> 8020 Blakenship Drive <br><br> Houston, TX 77055 |
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Billboard advertising <br><br> Contract to be ASSUMED | Lamar <br><br> 5110 N General Bruce Dr <br><br> Temple, TX 76501 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Fuji Japanese Steakhouse Asian Bistro Inc.**__

United States Bankruptcy Court for the: _____**Western**_____ District of ____**Texas**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Shuang Lin | 101 Saintsbury Circle<br>Street<br><br>Woodway, TX 76712<br>City   State   ZIP Code | Capital Certified Dev. Corp | ☑ D<br>☐ E/F<br>☐ G |
| | | Westwood Funding Solutions | ☑ D<br>☐ E/F<br>☐ G |
| | | IOU Financial | ☑ D<br>☐ E/F<br>☐ G |
| | | Funding Metrics LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | RDM Capital Funding, LLC DBA FinTap | ☑ D<br>☐ E/F<br>☐ G |
| | | American Express Business | ☐ D<br>☑ E/F<br>☐ G |
| | | Celtic Bank Corp | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br><br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **Fuji Japanese Steakhouse Asian Bistro Inc.**  Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

**Fill in this information to identify the case:**

Debtor name _____ Fuji Japanese Steakhouse Asian Bistro Inc. _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................... | $4,672,113.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. | $189,604.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... | $4,861,717.00 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $7,035,113.73 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... | + $75,183.90 |

4. **Total liabilities**.......................................................................................................... | $7,110,297.63 |
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fuji Japanese Steakhouse Asian Bistro Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $2,036,003.00 |
| **For prior year:** | From 01/01/2022 to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,120,016.00 |
| **For the year before that:** | From 01/01/2021 to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,825,089.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From 01/01/2022 to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | _____ | _____ |

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Small Business Admin<br>Creditor's name<br><br>4300 Amon Carter Blvd 114<br>Street<br><br>US SBA Dallas/Ft Worth Office<br><br>Fort Worth, TX 76155<br>City          State     ZIP Code | 06/01/2023<br><br>06/20/2023<br><br>07/03/2023 | $32,392.98 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Westwood Funding Solutions<br>Creditor's name<br><br>14 Wall Street 20th Floor<br>Street<br><br>c/o AWN&R Commercial Law Group, PLLC<br>Jeffrey Parrella, Esq.<br><br>New York, NY 10005<br>City          State     ZIP Code | 06/21/2023<br><br>07/06/2023 | $18,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. Newtek Small Business Finance<br>Creditor's name<br><br>1981 Marcus Ave Suite 130<br>Street<br><br><br>New Hyde Park, NY 11042<br>City          State     ZIP Code | 06/02/2023<br><br>07/05/2023 | $28,936.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. Wells Fargo<br>Creditor's name<br><br><br>Street<br><br><br><br>City          State     ZIP Code | 06/13/2023<br><br>07/13/2023 | $10,787.92 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. American Express Business<br>Creditor's name<br><br>P.O. Box 981535<br>Street<br><br>ATTN: Legal Department<br><br>El Paso, TX 79998<br>City          State     ZIP Code | 06/05/2023<br><br>05/31/2023<br><br>05/31/2023<br><br>07/31/2023<br><br>07/31/2023<br><br>06/14/2023 | $62,222.10 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.                          Case number (if known)
          Name

| | | |
|---|---|---|
| | 06/14/2023 | |
| | 07/20/2023 | |
| | 07/03/2023 | |
| | 07/03/2023 | |
| | 07/20/2023 | |
| | 05/31/2023 | |
| | 07/19/2023 | |

**3.6.** BlueVine Capital Inc.
Creditor's name

401 Warren St 300
Street

Redwood City, CA 94063
City                    State        ZIP Code

| Dates | Amount |
|---|---|
| 06/06/2023 | $23,428.00 |
| 07/06/2023 | |

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**3.7.** IOU Financial
Creditor's name

600 TownPark Lane Suite 100
Street

Kennesaw, GA 30144
City                    State        ZIP Code

| Dates | Amount |
|---|---|
| 05/24/2023 | $89,600.00 |
| 05/31/2023 | |
| 06/07/2023 | |
| 06/14/2023 | |
| 06/21/2023 | |
| 06/28/2023 | |
| 07/05/2023 | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**3.8.** RDM Capital Funding, LLC DBA FinTap
Creditor's name

777 Passaic Avenue Suite 375
Street

Clifton, NJ 07012
City                    State        ZIP Code

| Dates | Amount |
|---|---|
| 05/31/2023 | $37,145.00 |
| 05/24/2023 | |
| 06/21/2023 | |
| 06/14/2023 | |
| 07/05/2023 | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**3.9.** PNC Bank
Creditor's name

P.O Box 71335
Street

Philadelphia, PA 19176-1335
City                    State        ZIP Code

| Dates | Amount |
|---|---|
| 06/02/2023 | $33,234.94 |
| 07/03/2023 | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

Debtor   Fuji Japanese Steakhouse Asian Bistro Inc.                                          Case number (if known)
         Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Wu, Mei Ying <br> Creditor's name <br><br> 101 Saintsbury Circle <br> Street <br><br><br> Woodway, TX 76712 <br> City                State    ZIP Code <br><br> **Relationship to debtor** <br><br> Mother | 05/25/2023 <br> 06/01/2023 <br> 06/08/2023 <br> 06/15/2023 <br> 06/22/2023 <br> 06/29/2023 <br> 07/06/2023 <br> 07/13/2023 <br> 07/20/2023 | $9,000.00 | Loan repayment |
| 4.2. Lin, Hong Guan <br> Creditor's name <br><br> 101 Saintsbury Circle <br> Street <br><br><br> Woodway, TX 76712 <br> City                State    ZIP Code <br><br> **Relationship to debtor** <br><br> Father | 05/25/2023 <br> 06/01/2023 <br> 06/08/2023 <br> 06/15/2023 <br> 06/22/2023 <br> 06/29/2023 <br> 07/06/2023 <br> 07/13/2023 <br> 07/20/2023 | $9,000.00 | Loan repayment |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. <br> Creditor's name <br><br> Street <br><br><br> City                State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  Fuji Japanese Steakhouse Asian Bistro Inc.                                    Case number *(if known)*
_____Name_____

6.1.  _____          _____    _____  _____

      Creditor's name                    XXXX– __ __ __ __

      _____
      Street

      _____

      _____
      City              State    ZIP Code

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Westwood Funding Solutions LLC vs. Fuji Japanese Steakhouse Asian Bistro Inc | _____ | Supreme Court of the State of New York County of Kings <br> Name <br> 360 Adams St 4 <br> Street <br><br> Brooklyn, NY 11201 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | RDM Capital Funding LLC vs Fuji Japanese Steakhouse Asian Bistro Inc | MCA Contract | Kings County Supreme Court <br> Name <br> 360 Adams St #4 <br> Street <br><br> Brooklyn, NY 11201 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 521008/2023 | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ <br> Custodian's name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br><br> **Case title** <br> _____ <br><br> **Case number** <br> _____ <br><br> **Date of order or assignment** <br> _____ | _____ <br><br> **Court name and address** <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code |

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.                          Case number (if known)
          Name

| Part 4: | Certain Gifts and Charitable Contributions |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| Part 5: | Certain Losses |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|--------------------------------------------------|-------|-----------------------|
| | The Lane Law Firm | Attorney's Fee | 7/7/2023 | $5,000.00 |
| | **Address** | Attorney's Fee | 7/10/2023 | $25,000.00 |
| | 6200 Savoy Dr Ste 1150 | Attorney's Fee | 8/1/2023 | $2,500.00 |
| | Street | | | |
| | Houston, TX 77036-3369 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | billing@lanelaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor Fuji Japanese Steakhouse Asian Bistro Inc.
Name

Case number (*if known*)

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City        State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 5901 Waco Drive | From May 2010    To 05/10/2021 |
| | Street | |
| | | |
| | Waco, TX 76710 | |
| | City        State      ZIP Code | |

Debtor  Fuji Japanese Steakhouse Asian Bistro Inc.                                    Case number (if known)
        Name

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State      ZIP Code | _____ <br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br><br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   Fuji Japanese Steakhouse Asian Bistro Inc.                                    Case number (if known)
              Name

| 18.1 | First National Bank of Central Texas | XXXX–9 9 3 9 | ☑ Checking | 11/16/2022 | $0.00 |
|---|---|---|---|---|---|

First National Bank of Central Texas
Name

1835 N. Valley Mills Drive
Street

Waco, TX 76710
City                        State     ZIP Code

XXXX–9  9  3  9

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

11/16/2022            $0.00

18.2   First National Bank of Central Texas
Name

1835 N. Valley Mills Drive
Street

Waco, TX 76710
City                        State     ZIP Code

XXXX–2  0  8  1

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

12/16/2022            $0.00

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

_____ Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.                                    Case number *(if known)*
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____   To _____ |
| City          State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Time Business Service<br>Name | From _____   To _____ |
| 185 Canal Street 404<br>Street | |
| New York, NY 10013<br>City          State          ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____   To _____ |
| Street | |
| City          State          ZIP Code | |

Debtor    Fuji Japanese Steakhouse Asian Bistro Inc.                                  Case number (if known)
          Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | _____ |
| Name | |
| _____ | _____ |
| Street | |
| _____ | |
| _____ | |
| City          State          ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City          State          ZIP Code |

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City          State          ZIP Code |

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shuang Lin | 101 Saintsbury Circle Woodway, TX 76712 | Member, | 100.00% |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Debtor | Fuji Japanese Steakhouse Asian Bistro Inc. | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 08/31/2023 _____
MM/ DD/ YYYY

X /s/ Shuang Lin                          Printed name _____ Shuang Lin _____
Signature of individual signing on behalf of the debtor

Debtor      Fuji Japanese Steakhouse Asian Bistro Inc.                    Case number (if known) _____
            Name

Position or relationship to debtor _____President_____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **14**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**    Fuji Japanese Steakhouse Asian Bistro Inc.

Case No. _____

**Debtor**    Chapter _____ 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................  $42,500.00

Prior to the filing of this statement I have received ..................................................................  $32,500.00

Balance Due ................................................................................................................................  $10,000.00

2.    The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/31/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |
| | Bar Number: 24046263 |
| | The Lane Law Firm |
| | 6200 Savoy Dr Ste 1150 |
| | Houston, TX 77036-3369 |
| | Phone: (713) 595-8200 |
| | Fax: (713) 595-8201 |
| | The Lane Law Firm |
| | *Name of law firm* |

</div>

ADVANCE RECOVERY GROUP
30 TWO BRIDGES ROAD SUITE 100
FAIRFIELD, NJ 07004

ALSCO INC.
8020 BLAKENSHIP DRIVE
HOUSTON, TX 77055

AMERICAN EXPRESS
BANKRUPTCY UNIT
P.O BOX 297817
FORT LAUDERDALE, FL 33329

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AMERICAN EXPRESS
BUSINESS
ATTN: LEGAL DEPARTMENT
P.O. BOX 981535
EL PASO, TX 79998

AUTOCHLOR
6424 DEPOT DRIVE
WOODWAY, TX 76712

AWN&R COMMERCIAL LAW
GROUP, PLLC
ATTN: JEFFREY PARRELLA, ESQ.
14 WALL STREET 20TH FLOOR
NEW YORK, NY 10005

BLUEVINE CAPITAL INC.
401 WARREN ST 300
REDWOOD CITY, CA 94063

CAPITAL CERTIFIED DEV.
CORP
4330 GAINES RANCH LOOP STE 220
AUSTIN, TX 78735


CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY, CA 91716


CELTIC BANK CORP
268 SOUTH STATE STREET SUITE 300
SALT LAKE CITY, UT 84111


FUJI JAPANESE STEAKHOUSE
ASIAN BISTRO INC.
2501 S. JACK KULTGEN EXPRESSWAY
WACO, TX 76711


FUNDING METRICS LLC
3220 TILLMAN DRIVE SUITE 200
BENSALEM, PA 19020


IOU FINANCIAL
600 TOWNPARK LANE SUITE 100
KENNESAW, GA 30144


JASON GANG
1245 HEWLETT PLAZA 478
HEWLETT, NY 11557


LAMAR
5110 N GENERAL BRUCE DR
TEMPLE, TX 76501

LU, HONG GUAN
101 SAINTSBURY CIRCLE
WOODWAY, TX 76712

NEWTEK SMALL BUSINESS
FINANCE LLC
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS, NY 11042

PNC BANK
P.O BOX 10
OSHTEMO, MI 49009

PRICEWATERHOUSE COOPERS
PUBLIC SECTOR LLP
C/O WELLS FARGO BANK, NA
CORPORATE TRUST SERVICES - SBA 504
PROGRAM TEAM
9062 OLD ANNAPOLIS RD
COLUMBIA, MD 21045

RDM CAPITAL FUNDING, LLC
DBA FINTAP
777 PASSAIC AVENUE SUITE 375
CLIFTON, NJ 07012

SHUANG LIN
101 SAINTSBURY CIRCLE
WOODWAY, TX 76712

SMALL BUSINESS ADMIN
US SBA DALLAS/FT WORTH OFFICE
4300 AMON CARTER BLVD 114
FORT WORTH, TX 76155

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

US SMALL BUSINESS
ADMINISTRATION
10737 GATEWAY WEST 300
EL PASO, TX 79935


WESTWOOD FUNDING
SOLUTIONS
4601 SHERIDAN STREET SUITE 501
HOLLYWOOD, FL 33021


WM
800 CAPITOL
HOUSTON, TX 77002


WU, MEI YING
101 SAINTSBURY CIRCLE
WOODWAY, TX 76712

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Fuji Japanese Steakhouse Asian Bistro Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___08/31/2023___ Signature _____ /s/ Shuang Lin _____

Shuang Lin, President