**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| FUJI JAPANESE STEAKHOUSE ASIAN | § | |
| BISTRO INC. | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-60445 |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

Final Hearing on Fuji Japanese Steakhouse Asian Bistro Inc.'s Motion for Authority to Use Cash Collateral
October 31, 2023 at 1:30 p.m.

**Witness List:**
1. Shuang Lin
   Representative of Fuji Japanese Steakhouse Asian Bistro Inc.

**Exhibit List:**

| Ex # | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | 14/30 Day Budget | | | |
| 2 | Schedule A/B and D with Summary | | | |
| 3 | UCC Lien List | | | |
| 4 | UCC BBVA/PNC Bank (Position 1) | | | |
| 5 | UCC BBVA/PNC Bank (Position 2) | | | |
| 6 | UCC SBA (Position 3) | | | |
| 7 | UCC SBA Business (Position 4) | | | |
| 8 | UCC NewTek Small Business (Position 5) | | | |
| 9 | UCC Funding Metrics (Position 6) | | | |
| 10 | UCC Westwood Funding Solutions (Position 7) | | | |
| 11 | UCC RDM Capital (Position 8) | | | |
| 12 | UCC Uknown (Position 9) | | | |

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Witness and Exhibit List with exhibits was served upon the US Trustee and to the parties listed on the service list below either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on October 25, 2023:

Debtor:
Fuji Japanese Steakhouse Asian Bistro Inc.
2501 S. Jack Kultgen Expressway
Waco, Texas 76711

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

Notices via ECF:

Steven B. Bass on behalf of Creditor United States Small Business Administration
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Anthony F. Giuliano on behalf of Interested Party Funding Metrics LLC
afg@glpcny.com

Julie A. Parsons on behalf of Creditor City of Waco and/or Waco ISD
jparsons@mvbalaw.com,
vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - WA12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - WA12
ustpregion07.au.ecf@usdoj.gov

Gary W. Wright on behalf of Interested Party U.S. Trustee
gary.wright3@usdoj.gov

Additional Notices via Electronic Communication:

support@bluevine.com

jstevens@ioufinancial.com

collections@fundingmetrics.com

info@fintap.com

underwriting@westwoodfunding.com

jmacon@advancedrecoverygroup.com

nick@njzlaw.com

jmauldin@aubreythrasher.com

ehajra@advancedrecoverygroup.com

jason@jasongang.com

                                                                        */s/Robert C. Lane*
                                                                         Robert C. Lane

```
Label Matrix for local noticing         Fuji Japanese Steakhouse Asian Bistro Inc.   United States Trustee (SMG611)
0542-6                                   2501 S. Jack Kultgen Expressway              United States Trustee
Case 23-60445-mmp                        Waco, TX 76711                               903 San Jacinto Blvd, Suite 230
Western District of Texas                                                             Austin, TX 78701-2450
Waco
Wed Oct 25 07:51:38 CDT 2023

U.S. BANKRUPTCY COURT                    AWN&R Commercial Law Group, PLLC             Advance Recovery Group
800 FRANKLIN AVE., SUITE 140             Attn: Jeffrey Parrella, Esq.                 30 Two Bridges Road Suite 100
WACO, TX 76701-1934                      14 Wall Street 20th Floor                    Fairfield, NJ 07004-1546
                                         New York, NY 10005-2123


Alsco Inc.                               American Express                             American Express
8020 Blakenship Drive                    Bankruptcy Unit                              Po Box 650448
Houston, TX 77055-1018                   P.O Box 297817                               Dallas, TX 75265-0448
                                         Fort Lauderdale, FL 33329-7817


American Express Business                American Express National Bank               American Express National Bank, AENB
ATTN: Legal Department                   c/o Becket and Lee LLP                       c/o Zwicker and Associates, P.C.
P.O. Box 981535                          PO Box 3001                                  Attorneys/Agents for Creditor
El Paso, TX 79998-1535                   Malvern  PA 19355-0701                       P.O. Box 9043
                                                                                      Andover, MA 01810-0943


Autochlor                                BlueVine Capital Inc.                        Capital Certified Dev. Corp
6424 Depot Drive                         401 Warren St 300                            4330 Gaines Ranch Loop Ste 220
Woodway, TX 76712-6711                   Redwood City, CA 94063-1536                  Austin, TX 78735-6735


Capital One                              Capital One N.A.                             Capital One N.A. by American InfoSource
PO Box 60519                             by American InfoSource as agent              4515 N Santa Fe Ave
City of Industry, CA 91716-0519          PO Box 71083                                 Oklahoma City, OK 73118-7901
                                         Charlotte, NC  28272-1083


Celtic Bank Corp                         City of Waco and/or Waco ISD                 (p)FUNDING METRICS  LLC
268 South State Street Suite 300         Julie Anne Parsons                           ATTN PAULETTE YIAMBILIS ESQ
Salt Lake City, UT 84111-5314            McCreary, Veselka, Bragg & Allen, P.C.       FUNDING METRICS LLC
                                         P.O. Box 1269                                3220 TILLMAN DRIVE SUITE 200
                                         Round Rock, TX 78680-1269                    BENSALEM PA 19020-2028


Funding Metrics LLC                      IOU Financial                                Jason Gang
c/o Giuliano Law PC                      600 TownPark Lane Suite 100                  1245 Hewlett Plaza 478
445 Broadhollow Rd., Suite 25            Kennesaw, GA 30144-3736                      Hewlett, NY 11557-4021
Melville, N.Y. 11747-3645


Lamar                                    Lu, Hong Guan                                McLennan County
5110 N General Bruce Dr                  101 Saintsbury Circle                        c/o Diane W. Sanders
Temple, TX 76501-6882                    Woodway, TX 76712-4095                       Linebarger Goggan Blair & Sampson, LLP
                                                                                      P.O. Box 17428
                                                                                      Austin, TX 78760-7428


Newtek Small Business Finance LLC        PNC Bank                                     PNC Bank, NA, succ. to PNC Equipment Finance
1981 Marcus Avenue Suite 130             P.O Box 10                                   c/o Christopher V. Arisco
Lake Success, NY 11042-1046              Oshtemo, MI 49077-0010                       Padfield & Stout, LLP
                                                                                      420 Throckmorton St., Ste. 1210
                                                                                      Fort Worth, TX 76102-3792
```

Pricewaterhouse Coopers Public Sector LLP
c/o Wells Fargo Bank, NA
Corporate Trust Services - SBA 504 Progr
9062 Old Annapolis Rd
Columbia, MD 21045-2479

RDM Capital Funding, LLC DBA FinTap
777 Passaic Avenue Suite 375
Clifton, NJ 07012-1875

STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5858 / 916-5854 (fax)
Steven.Bass@usdoj.gov  78701-2449

Shuang Lin
101 Saintsbury Circle
Woodway, TX 76712-4095

Small Business Admin
US SBA Dallas/Ft Worth Office
4300 Amon Carter Blvd 114
Fort Worth, TX 76155-2652

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

US Small Business Administration
10737 Gateway West  300
El Paso, TX 79935-4910

United States Trustee - WA12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

WM
800 Capitol
Houston, TX 77002-2925

Westwood Funding Solutions
4601 Sheridan Street Suite 501
Hollywood, FL 33021-3435

Wu, Mei Ying
101 Saintsbury Circle
Woodway, TX 76712-4095

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Funding Metrics LLC
3220 Tillman Drive Suite 200
Bensalem, PA 19020



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Fuji Japanese Steakhouse Asian Bistro Inc.
2501 S. Jack Kultgen Expressway
Waco, TX 76711

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43